UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY DURAND HATTEN,

    Plaintiff,

v.                              Case No: 2:13-cv-680-FtM-38DNF

JAMES CODDING,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket. The Court issued an Order on March 4, 2014, requiring a response from Plaintiff. (Doc. #40). The Court also mailed a copy of the Order to Plaintiff at the Lee County Jail. The mailing, however, came back to the courthouse as undeliverable. Plaintiff provided a new address, however, this new address was not updated on the docket. (See Doc. #30).

Accordingly, it is now

**ORDERED:**

1. The Clerk is directed to update Plaintiff's address on the docket. (See Doc. #30) and mail this Order and the Court's March 4, 2014 Order (Doc. #40) to Plaintiff's updated address.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2. Plaintiff shall have up to and including **April 9, 2014**, to file an amended complaint in compliance with the Court's March 4, 2014 Order. (Doc. #40). Failure to do so will result in this matter being dismissed for failure to prosecute.

3. Failure to provide the Court with the updated address pursuant to the Court's Standing Order (Doc. #4) may also result in this matter being dismissed.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record