UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY DURAND HATTEN,

    Plaintiff,

v.                              Case No: 2:13-cv-680-FtM-38DNF

JAMES CODDING,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket. Plaintiff Jimmy Durand Hatten, *pro se*, was instructed to file an amended Complaint no later than April 9, 2014, and was warned that the failure to do so will result in this matter being dismissed for failure to prosecute. (See Doc. #41). In the Middle District of Florida, "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." M.D. Fla. Local Rule 3.10(a); see e.g., Grimes v. Dameff, No. 2:03-cv-383-FtM-29DNF, 2006 WL 1208016 (M.D. Fla. May 4, 2006). Here, Plaintiff has evidenced a lack of interest in participating in the prosecution of his claim. The Court has no confidence

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

that another order directing Plaintiff's participation will necessarily result in the advancement of this case.

Accordingly, it is now

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk is directed to CLOSE the case, terminate any pending motions and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of April, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record